**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6832**

FARRIED JASSIEM,

    Plaintiff - Appellant,

   v.

JEFFREY CRAWFORD, Director; REBECCA JACKSON, Director Assistant; ANDY MOREE, Chief of Security,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:18-cv-00180-JAG-RCY)

Submitted: December 20, 2018      Decided: December 26, 2018

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Farried Jassiem, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Farried Jassiem appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) action without prejudice for failure to submit an in forma pauperis affidavit and denying his subsequent motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Jassiem v. Crawford*, No. 3:18-cv-00180-JAG-RCY (E.D. Va. May 30, 2018; June 19, 2018; July 11, 2018). We deny Jassiem's pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*